IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HISCOX DEDICATED CORPORATE                                               PLAINTIFF
MEMBER LIMITED

v.                                    Case No. 6:18-cv-6100

SUZAN E. TAYLOR                                                          DEFENDANT

## JUDGMENT

Before the Court are the parties' Motions for Summary Judgment. ECF Nos. 124, 127, & 129. For the reasons stated in the Memorandum Opinion and Order of even date, the Court finds that:

Plaintiff Hiscox Dedicated Corporation Member Limited's ("Hiscox") Motion for Summary Judgment (ECF No. 129) should be and hereby is **GRANTED**. Defendant Suzan E. Taylor's ("Taylor") counterclaims against Plaintiff Hiscox are hereby **DISMISSED WITH PREJUDICE**. Defendant Taylor's Motions for Partial Summary Judgment (ECF Nos. 124 & 127) are hereby **DENIED** as **MOOT**.

**IT IS SO ORDERED**, this 31st day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge